**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jerome Tillman Behrends,

    Debtor.

Bky. Case No. 18-40205
Chapter 7

**NOTICE OF SALE**

TO:    The United States Trustee, all creditors, and other parties in interest.

On September 3, 2020, or as soon thereafter as the transaction may be completed, Erik Ahlgren, the trustee in the above referenced bankruptcy matter will sell property of the estate as follows: A Life Estate interest the **Southwest Quarter (SW ¼) of Section Thirty Six (36), Township 103 North, Range 39 West, Nobles County, State of Minnesota EXCEPT the following described Tracts:**

**Tract No. 1:** A tract of land in the SW¼ Section 36, Township 103, Range 39, Nobles County, Minnesota, described as follows: Commencing at the Southwest Corner of said Section, thence running East along the South line of said Section, a distance of 585.75 feet to the point of beginning; thence running East along the South line of said Section, a distance of 528 feet; thence running North and parallel with the West line of said Section, a distance of 775.5 feet; thence running West and parallel with the South line of said Section; a distance of 528 feet; thence running South and parallel with the West line of said Section, a distance of 775.5 feet to the point of beginning**.**

**Tract No. 2:**
A tract of land in the SW¼ Section 36, Township 103, Range 39, Nobles County, Minnesota, described as follows: Commencing at the Southwest Corner of said Section as the point of beginning; thence running East along the South line of said Section, a distance of 585.75 feet; thence running North and parallel with the West line of said Section, a distance of 775.5 feet; thence running West and parallel with the South line of said Section; a distance of 585.75 feet to the West line of said Section; thence running South along the West line of said Section, a distance of 775.5 feet to the point of beginning.

      The Trustee hired BKAssets.com, LLC ("BKAssets") to conduct an online auction of the life estate. The auction was conducted from June 15, 2020 to July 11, 2020. During this time, the asset and any available due diligence information was available for review on www.bkassets.com. The life estate was purchased for $15,995 with: 1/3 interest to: Lockwood Living Trust, 28947 Birch Green Way, Spring TX 77386, and 2/3 interest to: Rose Gate Real Estate LLC, 3640 W 26th Ave. Denver CO 80211. The buyer also paid $275 for costs associated with the sale. This sale is as is and where is, without any representations or warranties and is subject to any existing liens and encumbrances, which the trustee believes there to be none at this time. BKAssets shall receive a commission of 10% of the gross sales price totaling $1599.50, plus out-of-pocket expenses of $297.90. The Trustee believes the sale is in the best interest of the

estate. The trustee requests that the stay pursuant to Bankruptcy Rule 6004(h) be waived and shall not apply to this sale.

OBJECTION: MOTION: HEARING. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 noon on the day before the above date.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Erik A, Ahlgren, Trustee |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | 220 W Washington Ave. |
| 301 U.S. Courthouse | 300 South Fourth Street | Suite 105 |
| 300 S Fourth Street | Minneapolis, MN  55415 | Fergus Falls, MN 56537 |
| Minneapolis, MN  55415 | | |

Dated: August 13, 2020

By  /e/ Erik A. Ahlgren_____
　　Erik A. Ahlgren, Trustee
　　220 W Washington Ave.
　　Suite 105
　　Fergus Falls, MN 56537
　　218-998-2775
　　trustee@prtel.com