**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BEHRENDS, JEROME TILLMAN § Case No. 18-40205
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Erik Ahlgren, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,000.00 | Assets Exempt: | $2,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $13,692.92 | Claims Discharged Without Payment: | $9,823.27 |
| Total Expenses of Administration: | $7,807.08 | | |

3) Total gross receipts of $21,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $21,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,807.08 | $7,807.08 | $7,807.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $45,000.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $59,823.27 | $1,000,000.00 | $1,000,000.00 | $13,692.92 |
| **TOTAL DISBURSEMENTS** | $104,823.27 | $1,007,807.08 | $1,007,807.08 | $21,500.00 |

4) This case was originally filed under chapter 7 on 01/24/2018. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/25/2021    By: /s/ Erik Ahlgren
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Estate Interest In Nobles County Farmland | 1210-000 | $21,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Erik Ahlgren | 2100-000 | NA | $2,900.00 | $2,900.00 | $2,900.00 |
| Trustee, Expenses - Erik Ahlgren | 2200-000 | NA | $238.90 | $238.90 | $238.90 |
| Attorney for Trustee Fees - Ahlgren Law Office, PLLC | 3110-000 | NA | $2,378.00 | $2,378.00 | $2,378.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $29.78 | $29.78 | $29.78 |
| Other State or Local Taxes (post-petition) - MINNESOTA REVENUE | 2820-000 | NA | $78.00 | $78.00 | $78.00 |
| Accountant for Trustee Fees (Other Firm) - Pickett & Demuth, LTD | 3410-000 | NA | $285.00 | $285.00 | $285.00 |
| On-line Auctioneer/Liquidator for Trustee Fees - BKAssets.com LLC | 3630-000 | NA | $1,599.50 | $1,599.50 | $1,599.50 |
| On-line Auctioneer/Liquidator for Trustee Expenses - BKAssets.com LLC | 3640-000 | NA | $297.90 | $297.90 | $297.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,807.08 | $7,807.08 | $7,807.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Child Support Nicollet County | 5600-000 | $45,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $45,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | THOMAS BEHRENDS | 7100-000 | $50,000.00 | $1,000,000.00 | $1,000,000.00 | $13,692.92 |
| N/F | Capital One HQ | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Center for Restorative Justice | 7100-000 | $775.00 | NA | NA | NA |
| N/F | Commerce Drive Dental Group | 7100-000 | $95.00 | NA | NA | NA |
| N/F | Strootman Law Office | 7100-000 | $2,953.27 | NA | NA | NA |
| N/F | Wells Fargo | 7100-000 | $2,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$59,823.27** | **$1,000,000.00** | **$1,000,000.00** | **$13,692.92** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-40205 | | Trustee Name: | (430230) Erik Ahlgren |
| Case Name: | BEHRENDS, JEROME TILLMAN | | Date Filed (f) or Converted (c): | 01/24/2018 (f) |
| | | | § 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 04/25/2021 | | Claims Bar Date: | 01/27/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1964 Starcraft<br>Entire property value: $200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 2 | post cards | 300.00 | 0.00 | | 0.00 | FA |
| 3 | fishing tackle and rods | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Regular clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Anticipated Tax Refund: Federal | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Life Estate Interest In Nobles County Farmland (u) | 21,500.00 | 21,500.00 | | 21,500.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$23,500.00** | **$21,500.00** | | **$21,500.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-40205  
**Case Name:** BEHRENDS, JEROME TILLMAN  
**For Period Ending:** 04/25/2021

**Trustee Name:** (430230) Erik Ahlgren  
**Date Filed (f) or Converted (c):** 01/24/2018 (f)  
**§ 341(a) Meeting Date:** 03/15/2018  
**Claims Bar Date:** 01/27/2020

**Major Activities Affecting Case Closing:**

3-16-18 Ordered O & E on Nobles County Farmland- Tripp Abstract
3-16-18 filed atty app and emailed to ust
4-12-18 rec O & E
4-14-18 trustee email to DA
4-15-18 filed atty app and emailed to ust-filed withdrawal- duplicate atty app
5-14-18 filed motions a) to extend deadline to object to discharge and b) turnover motion; hearing 6-13-18 at 10:30 am
5-14-18 mailed correspondence to Mavis Behrends and Mary Schultz
5-18-18 trustee conversation with Mary Schultz and followup email re value of debtors life estate interest
6-17-18 trustee email to DA turnover order and information ordered to be produced
6-17-18 trustee followup email for proof of Mavis DOB
6-22-18 DA assistant reply to trustee- have not been able to get a hold of client
10-31-18 call to DA office re tax returns, leases etc. left message
11-1-18 filed motion for 2004 exam; hearing 12-5-18 at 9:30am
11-9-18 email to DA re mailing address for debtor; email to John Lamey if he can contact his client for current mailing address of Mary Schulz
11-9-18 emailed motion to Mary Schultz and asked for current mailing address
11-20-18 email from DA office- unable to reach debtor
11-20-18 rec debtor's mailing address from Mary Schultz, her brother/debtor- same address that motion was mailed to .
1-18-19 email to Patrick Moore, representing Mary Schultz, requesting dates Ms. Schultz is available for deposition. email to DA with Notice of Subpoena and M. Behrends subpoena, mail to debtor
1-18-19 Mailed subpoena to Mavis Behrends, including check for witness fee and mileage
3-27-19 rec information requested in subpoena
10-21-19 email to T re sale of life estate interest of debtor.
10-21-19 T email to Thomas Behrends providing documents relating to land and inquiring if he is leasing the farmland and if interested in purchasing life estate interest
10-21-19 T email to Dave Birdsell of BK assets re valuation of life estate interest
10-24-19 T email to Thomas Behrends re claims and if he would purchase the life estate interest would there be a dividend paid on his claim. T indicated that there is a 45K child support claim listed in petition which is priority
11-10-19 filed app to employ BK Assets and emailed to ust
5-28-2020 T/C with Thomas Behrends re life estate. T reply email asking for copy of lease
8-13-2020 filed notice of sale of life estate
8-17-2020 T/C with Mary Schultz re Notice of sale; emailed Mary copy of May 2018 email correspondence from Trustee re life estate
9-23-2020 Trustee conducted telephone auction of life estate
9-25-2020 filed amended notice of sale re life estate
10-22-2020 email to J Lamey re passing of objection deadline, remittance of payment, trustee deed and certificate of sale
10-29-2020 ordered certificate of sale from clerks office
11-2-2020 mailed trustee's deed and certificate of sale to John Lamey
11-2-2020 emailed employment app to accountant
11-3-2020 filed acct app and emailed to ust
12-7-2020 filed accountant fee app
12-15-2020 filed atty fee app

**Initial Projected Date Of Final Report (TFR):** 06/30/2019   **Current Projected Date Of Final Report (TFR):** 12/15/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 18-40205 | Trustee Name: | Erik Ahlgren (430230) |
|---|---|---|---|
| Case Name: | BEHRENDS, JEROME TILLMAN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8924 | Account #: | ******3392 Checking |
| For Period Ending: | 04/25/2021 | Blanket Bond (per case limit): | $37,979,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/02/20 | {7} | Land Holdings of Minnesota | life estate | 1210-000 | 21,500.00 | | 21,500.00 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.78 | 21,470.22 |
| 12/03/20 | 101 | MINNESOTA REVENUE | EIN 85-      , Form M2 for the year ended 11/30/2020 | 2820-000 | | 78.00 | 21,392.22 |
| 02/23/21 | 102 | Erik Ahlgren | Combined trustee compensation & expense dividend payments. | | | 3,138.90 | 18,253.32 |
| | | Erik Ahlgren | Claims Distribution - Tue, 12-15-2020     $2,900.00 | 2100-000 | | | |
| | | Erik Ahlgren | Claims Distribution - Tue, 12-15-2020     $238.90 | 2200-000 | | | |
| 02/23/21 | 103 | Ahlgren Law Office, PLLC | JEROME T. BEHRENDS18-40205Distribution payment - Dividend paid at 100.00% of $2,378.00; Claim # ; Filed: $2,378.00        1655 | 3110-000 | | 2,378.00 | 15,875.32 |
| 02/23/21 | 104 | Pickett & Demuth, LTD | JEROME T. BEHRENDS18-40205Distribution payment - Dividend paid at 100.00% of $285.00; Claim # ; Filed: $285.00 | 3410-000 | | 285.00 | 15,590.32 |
| 02/23/21 | 105 | BKAssets.com LLC | Combined payments for claim number , | | | 1,897.40 | 13,692.92 |
| | | BKAssets.com LLC | Claims Distribution - Tue, 12-15-2020     $1,599.50 | 3630-000 | | | |
| | | BKAssets.com LLC | Claims Distribution - Tue, 12-15-2020     $297.90 | 3640-000 | | | |
| 02/23/21 | 106 | THOMAS BEHRENDS | JEROME T. BEHRENDS18-40205Distribution payment - Dividend paid at 1.37% of $1,000,000.00; Claim # 1; Filed: $1,000,000.00 | 7100-000 | | 13,692.92 | 0.00 |
| | | | COLUMN TOTALS | | 21,500.00 | 21,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,500.00 | 21,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,500.00 | $21,500.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-40205 | | **Trustee Name:** | Erik Ahlgren (430230) |
| **Case Name:** | BEHRENDS, JEROME TILLMAN | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8924 | | **Account #:** | ******3392 Checking |
| **For Period Ending:** | 04/25/2021 | | **Blanket Bond (per case limit):** | $37,979,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3392 Checking | $21,500.00 | $21,500.00 | $0.00 |
| | **$21,500.00** | **$21,500.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)